# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lynette Captrice Shadding,**<br>**Debtor**<br><br>-----------------------------------------------<br>**Delaware County Tax Claim Bureau,**<br>**Movant**<br>**vs.**<br>**Lynette Captrice Shadding,**<br>**Respondent**<br>**and**<br>**Kenneth E. West,**<br>**Trustee** | **Chapter 13**<br>**Case No. 22-12536-amc** |

## RESPONSE IN OPPOSITION TO MOTION OF THE DELAWARE COUNTY TAX CLAIM BUREAU FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes Respondent, Lynette Captrice Shadding, Debtor, by and through her counsel, Dean Lintzeris Law and Dean Lintzeris, Esquire, filing her Opposition to Motion of the Delaware County Tax Claim Bureau for Relief from the Automatic Stay and hereby avers:

1. Admitted upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part, denied in part. Exhibit B accurately reflects the taxes for 2023. However, Respondent did not receive notice of the amounts due.

6. Denied. Paragraph 6 constitutes a conclusion of law to which no response is required.

7. Denied. Paragraph 7 constitutes a conclusion of law to which no response is required.

8. Denied. Paragraph 8 contains a constitutes of law to which no response is required.

9. Denied. Paragraph 9 constitutes a conclusion of law to which to response is required.

10. Denied. Respondent demands strict proof at trial as to any delinquencies due and owing.

11. Denied. Paragraph 11 constitutes a conclusion of law to which no response is required.

12. Denied. Movant's assertion that Respondent has made "no provision for the payment of ongoing real estate taxes" has no basis in fact and demands strict proof thereof at trial.

13. Denied. No response required.

**WHEREFORE**, Respondent, Lynette Captrice Shadding, Debtor, respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay in its entirety.

                                                Respectfully submitted,

DATED: April 15, 2024          **DEAN LINTZERIS LAW**

                                      BY:   /s/ Dean Lintzeris
                                                    Dean Lintzeris, Esquire
                                                    Attorney for Respondent/Debtor
                                                    350 Northern Blvd Suite 324
                                                    Albany, NY 12204
                                                    P: 215-839-8438
                                                    E: dean@lintzerislaw.com